# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KYLE NICHOLAS GADKE,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **ADVANCE FUNDS NETWORK LLC**, a New York limited liability company, <br><br> *Defendant.* | Case No. 1:22-cv-02417 |

## STIPULATION OF DISMISSAL

Plaintiff Kyle Nicholas Gadke and Defendant Advance Funds Network LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 4th day of April, 2023.   Respectfully submitted,

By: */s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar No. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427

*Attorneys for Plaintiff and the putative Classes*

*/s/ Edward A. Maldonado*
Edward A. Maldonado, Esq.
FBN # 0129781
Law Offices of Edward A. Maldonado, PA
2850 Douglas Road, Suite 303
Coral Gables, FL 33134
Telephone:305-477-7580
E-mail: eam@maldonado-group.com

*Attorney for Defendant*

      SO ORDERED.

      **s/WFK**
Dated: April 4, 2023
    Brooklyn, New York
      HON. WILLIAM F. KUNTZ, II
      UNITED STATES DISTRICT JUDGE

2